

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00212-CV

Charles Moorhead
v.
Ray Guevara, Corey Furr, Nicholas Juarez, Anthony Mackey Jr., P. Chapa, Lori Davis,
and Texas Department of Criminal Justice–Institutional Division

On Appeal from the
36th District Court of Bee County, Texas
Trial Court Cause No. B-18-1211-CV-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

April 30, 2020